UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISON

| | |
|---|---|
| BRYAN KIRKLAND, )<br>an individual, )<br>  )<br>   PLAINTIFF, )<br>  )<br>v. )<br>  ) | Case No.: 2:23-cv-01102-NAD |
| 2017 BESSEMER ROAD LLC, )<br>A limited liability company, )<br>  )<br>   DEFENDANT. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Bryan Kirkland (the "Plaintiff") and 2017 Bessemer Road LLC (the "Defendant") by and through their respective counsel, and hereby state that this case has been resolved by mutual agreement of the parties and jointly stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Dated this the 30th Day of November, 2023.

s/ Lawrence B. Hammet II
Lawrence B. Hammet, II Esq.
Truxton Trust Building
4525 Harding Pike, Ste. 200
Nashville, TN 37205
Alabama State Bar No.: 7599M60L
*Attorney for Plaintiff*

/s/ Gregory A. Brockwell
Gregory A. Brockwell
Alabama State Bar No.: 9949R49B

/s/ William S. Hall
William S. Hall
Alabama State Bar No.: 9168P11T

*Attorneys for Defendant*

BROCKWELL SMITH LLC
2 20th Street North, Suite 1300
Birmingham, AL 35203
Phone: (205) 800-8505
Email: greg@brockwellsmith.com
will@brockwellsmith.com